MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ASBN 4305-078T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA L. STIER (DCBN 423256)
Assistant United States Attorney
 11th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:    (415) 436-7000
 Fax:               (415) 436-7009
E-Mail:  cynthia.stier@usdoj.gov

Attorneys for the Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RAFAEL ZAMORA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>       v.  )<br>  )<br>UNITED STATES OF AMERICA,  )<br>  )<br>            Defendant.  )<br>_____ ) | Case No.  C-13-2186-JST<br><br>**STIPULATED REQUEST TO RESCHEDULE AND CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED by and between the Plaintiff, Rafael Zamora, and Defendant, United States of America, as reflected by the signatures of their respective counsel as set forth below:

The parties are in the process of negotiating a possible resolution of this case. As part of that process, the parties are requesting a continuation of the case management conference to allow them to meet and confer. Any potential settlement in this case entails meetings with the agency. Additionally, any settlement offer would require approval by the Tax Division in Washington, D.C.

//

//

//

1  Accordingly, the parties request that the Court continue the case management conference,
2  currently scheduled for August 14, 2013, at 2:00 p.m., to October 9, 2013, at 2:00 p.m.

4  IT IS SO STIPULATED:

/s/ Cynthia Stier
CYNTHIA STIER
Assistant United States Attorney
Tax Division

/s/
WENDY ABKIN
Counsel for Rafael Zamora

ORDER

11  IT IS ORDERED that the case management conference scheduled for August 14, 2013 at
12  2:00 p.m. is rescheduled to October 9, 2013, at 2:00 p.m.  The parties are directed to file a case
13  management statement on September 25, 2013.

Dated: July 23, 2013

IT IS SO ORDERED AS MODIFIED

Judge Jon S. Tigar

**Rafael Zamora v. US, Case No.  C-13-2186-JST**
**Stip. to Reschedule Case Mgmt Conf.**
**and [Proposed] Order**                    2