1 | MELINDA HAAG (CABN 132612)
United States Attorney
2 | THOMAS MOORE (ASBN 4305-078T)
Assistant United States Attorney
3 | Chief, Tax Division
CYNTHIA L. STIER (DCBN  423256)
4 | Assistant United States Attorney
11th Floor Federal Building
5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone:   (415) 436-7000
Fax:          (415) 436-7009
7 | E-Mail:  cynthia.stier@usdoj.gov

8 | Attorneys for the Defendants

9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| RAFAEL ZAMORA,               )  |                                              |
|------------------------------|----------------------------------------------|
|                    Plaintiff, )  | Case No.  C-13-2186-JST                       |
|                            v. )  | **STIPULATED REQUEST TO**                    |
| UNITED STATES OF AMERICA,    )  | **RESCHEDULE AND CONTINUE CASE**             |
|                   Defendant.  )  | **MANAGEMENT CONFERENCE AND**                |
|                              )  | **[PROPOSED] ORDER**                         |

IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED

by and between the Plaintiff, Rafael Zamora, and Defendant, United States of America, as

reflected by the signatures of their respective counsel as set forth below:

The parties are in the process of negotiating a possible resolution of this case.  As part of

that process, the parties are requesting a continuation of the case management conference to

allow them to meet and confer.  Any potential settlement in this case entails meetings with the

agency.  Additionally, any settlement offer would require approval by the Tax Division in

Washington, D.C.

//

//

//

1      Accordingly, the parties request that the Court continue the case management conference,

2   currently scheduled for August 14, 2013, at 2:00 p.m., to October 9, 2013, at 2:00 p.m.

3

4   IT IS SO STIPULATED:

5                                          /s/ Cynthia Stier
                                           CYNTHIA STIER
6                                          Assistant United States Attorney
                                           Tax Division
7

8                                          /s/
                                           WENDY ABKIN
9                                          Counsel for Rafael Zamora

10                                         ORDER

11      IT IS ORDERED that the case management conference scheduled for August 14, 2013 at

12   2:00 p.m. is rescheduled to October 9, 2013, at 2:00 p.m.  The parties are directed to file a case

13   management statement on September 25, 2013.

14

15   Dated: July 23, 2013

16                                          IT IS SO ORDERED
                                            AS MODIFIED
17
                                            Judge Jon S. Tigar
18

19

20

21

22

23

24

25

26

27

28

**Rafael Zamora v. US, Case No.  C-13-2186-JST**
**Stip. to Reschedule Case Mgmt Conf.**
**and [Proposed] Order**                        2