1  MELINDA HAAG  (CABN 132612)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
4  CYNTHIA STIER (DCBN 423256)
   Assistant United States Attorney
5   11th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
6   San Francisco, California 94102
    Telephone: (415) 436-7000
7   Fax: (415) 436-7009
8
   Attorneys for the United States of America
9
                     UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

   RAFAEL ZAMORA,                      | CASE NO. C-13-2186-JD
13
         Plaintiff,
14
                                        STIPULATION FOR DISMISSAL AND
       v.                               ENTRY OF JUDGMENT AND  JUDGMENT
15

16 UNITED STATES OF AMERICA,

17       Defendant-Counterclaimant.

18

19      Plaintiff, Rafael Zamora, and defendant-counterclaimant, United States of America, hereby

20 stipulate and agree that the complaint in the above-entitled case be dismissed with prejudice, the parties

21 to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

22      It is further stipulated and agreed that judgment may be entered in favor of the United States, and

23 against the Plaintiff, Rafael Zamora, for the balance of the Trust Fund Recovery Penalty tax, penalties

24 and interest assessed against Plaintiff with respect to the employment taxes of RealTime Access Inc. for

25 the 3rd Quarter of 2000 through the 3rd Quarter of 2001, and the 3rd Quarter of 2002, in the amount of

26 $787,571.78, plus interest accruing after April 16, 2012, pursuant to 26 U.S.C. § § 6601, 6621, and

27 6622, and 28 U.S.C. § 1961(c) until paid.

28      It is further stipulated and agreed that this judgment, along with the terms of the settlement as set

Stipulation For Entry Of Judgment
(No. C-13-2186-JD)                     1

1  forth in the written terms of the settlement, is not an admission of guilt by Plaintiff and is not admissible
2  in any other proceedings, including any criminal proceeding.
3    Plaintiff acknowledges that this judgment, along with the terms of the settlement, does not bind
4  the United States of America in any other proceedings, including any criminal proceeding.

MELINDA HAAG
United States Attorney

Dated: 8/6/2014    /s/ Cynthia Stier
CYNTHIA STIER
Assistant United States Attorney
Tax Division


Dated: 8/5/2014    _____/s/_____
WENDY ABKIN
Counsel for Plaintiff, Rafael Zamora


SO ORDERED this 6th day of August, 2014.

_____
JAMES DONATO
United States District Judge